Frederick S. DEITRICK, Receiver, v. Philip W. WRENN et al.

No. 3061.

Circuit Court of Appeals, First Circuit.
Oct. 26, 1935.

Brenton K. Fisk, of Boston, Mass. (Andrew J. Aldridge, of Boston, Mass., on the brief), for appellant.

David Stoneman, of Boston, Mass. (Emmanuel Kurland, of Boston, Mass., on the brief), for appellees.

Before MORTON, Circuit Judge, and MORRIS and McLELLAN, District Judges.

988

PER CURIAM.

Judgment affirmed, on the opinion of Judge Brewster in the District Court (10 F.Supp. 225), with costs to the appellees.